IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mariame Toure,

    Plaintiff,

v.

USCIC Cleveland District
Office,

    Defendant.

Case No. 2:07-cv-980

JUDGE SARGUS

## ORDER

On March 29, 2010, the Court noted that the defendant had never been served with the complaint, and this Court ordered plaintiff to show good cause within ten days why this action should not be dismissed, or face dismissal of this action for failure to make service pursuant to Fed. R. Civ. P. 4(m). Plaintiff has not responded to this order, and the file still does not reflect that service has been made.

Fed. R. Civ. P. 4(m) provides:

> If a defendant is not served within
> 120 days after the complaint is filed,
> the court - on motion or on its own after
> notice to the plaintiff - must dismiss the
> action without prejudice against that
> defendant or order that service be made
> within a specified time. But, if the
> plaintiff shows good cause for the failure,
> the court must extend the time for service
> for an appropriate period.

Because plaintiff has failed to show good cause why service was not made within 120 days, this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m). The Clerk shall enter judgment accordingly.

Date: 4-21-2016

Edmund A. Sargus, Jr.
United States District Judge