AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARIAME TOURE,**

      **Plaintiff,**

**vs.**

**USCIC Cleveland District Office,**

      **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-07-980**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed April 21, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 21, 2010                   JAMES BONINI, CLERK

                                           */S/ Andy F. Quisumbing*
                                           (By) Andy F. Quisumbing
                                           Courtroom Deputy Clerk